### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Adrian Brown, Individually, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Bowers Excavating, LLC, | ) | Case No. 1:22-cv-001 |
| | ) | |
| Defendant. | ) | |

On April 20, 2022, the parties filed a Stipulation to Dismiss with Prejudice. (Doc. No. 12). The court **ADOPTS** the parties' stipulation (Doc. No. 12) and **DISMISSES** the above-captioned action with prejudice.

**IT IS SO ORDERED.**

Dated this 21st day of April, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court